```
            IN THE UNITED STATES DISTRICT COURT
                MIDDLE DISTRICT OF GEORGIA
                    COLUMBUS DIVISION
```

CALS IFENATUORA,                    *

       Petitioner,           *

vs.                                 *
                                        CASE NO. 4:09-CV-153 (CDL)
ERIC HOLDER, U.S. Attorney          *
General,
                              *

       Respondent.
                              *

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on April 27, 2010 is hereby approved, adopted, and made the Order of the Court.

The objections of the Petitioner have been considered and are found to be without merit.

IT IS SO ORDERED, this 30th day of June, 2010.

                                        S/Clay D. Land
                                          CLAY D. LAND
                         UNITED STATES DISTRICT JUDGE